IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARVIN WRIGHT, AIS 245540,    :

    Petitioner,    :

vs.    :    CA 11-0633-WS-C

FREDDIE BUTLER,    :

    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 6th day of November, 2013.

                        s/WILLIAM H. STEELE
                        **CHIEF UNITED STATES DISTRICT JUDGE**